IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>            Plaintiff,                        )<br>                                                       )<br>      vs.                                           )<br>                                                       )<br> WILFRED HUNG WONG,            )<br>                                                       )<br>            Defendant.                     )<br>                                                       ) | CR. NO. 09-00072-SOM<br><br>ORDER DENYING THIRD<br>MOTION FOR EARLY<br>TERMINATION OF SUPERVISED<br>RELEASE |

### ORDER DENYING THIRD MOTION FOR
### EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Winfred Hung Wong has filed his third motion for early termination of supervised release. This court denies the motion. Although, as this court acknowledged in denying Mr. Wong's second motion for early termination of supervised release, he is of advanced age and has health issues, this court is unaware of any cognition impairment or difficulty with walking. Whether age and health are impairing him or not, the court's primary concern is the multi-million-dollar outstanding restitution balance he owes. He is apparently living in a one-bedroom unit in a gated senior community, assisted financially by a niece. Even if his income is not expected to increase, the court remains conscious that he himself spoke of having wired millions of dollars overseas, and that victims continue to be inadequately compensated for their losses. Despite the lack of

objection by the Government to early termination of supervised release, this court thinks it beneficial to have the United States Probation Office continue to monitor his finances and activities while the whereabouts of those millions of dollars remain undisclosed.

        IT IS APPROVED AND SO ORDERED.

        DATED: Honolulu, Hawaii, November 23, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Winfred Hung Wong, CR. NO. 09-00072-SOM
Order Denying Third Motion for Early Termination of Supervised Release